FILED

JUL 2 4 2017

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                              Deputy Clerk

Beth Field
4370 Park Monte Nord
Calabasas, California 91302
818-441-1818
Bethfield1@hotmail.com

## UNITED STATES BANKRUPCY COURT

## CENTRAL DISTRICT OF CALIFORNIA-SAN FERNANDO VALLEY DIVISION

In re

BETH SUE FIELD

Case No. 1:17bk-10704-vk
Chapter 13
Response to Objection of Capital One N.A.
DATE/TIME July 11. 2017 9:30 am
    21041 Burbank Blvd.
Courtroom 301
Woodland Hills. Ca. 91367-1367

This is a response and ask that the objection be stricken as it has no evidence in support of the assertions made as to feasibility and eligibility.

I would add that true you are also under consideration for a loan modification that could potentially reduce or eliminate principal balance and/or arrears.

Attached
Capital One Appraisal 11-15-2016
New Valuation less Additional Costs Reduced Valuation
Capital One Purchase of ING

Dated 7-24-2017

respectfully submitted

Beth Field

PROOF OF SERVICE

I, Beth Field, and a part to this Bankruptcy case no. 1:17-bk-10704-VK, reply to Judge Order to respond by 7-25-17, delivers to Court and sent a copy to Capital One.

Beth Field

4370 Park Monte Nord

Calabasas, California, 91302

2...SERVED BY UNITED STATES MAIL.

On 7-24-17, I served the following person, in bankruptcy case, sealed envelope United States mail, first class postage prepaid, and addressed as follows. Listing judge her constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor:

Beth Sue Field

4370 Park Monte Nord

Calabasas, California 91302

Presiding Judge:

Honorable Victoria S. Kaufman

Central District of California-San Fernando Valley Division

2141 Burbank Blvd,

Woodland Hills, California, 91367-6606

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_Beth Field_

Dated July 24, 2017, Beth Field

**CapitalOne**®

Office Hours
Mon - Fri, 8 AM to 5 PM CST

Capital One, N.A.
P.O. Box 21887
Eagan, MN 55121

YOUR PROPERTY'S VALUATION REPORT
November 15, 2016

Beth S Field
4370 Park Monte Nord
Calabasas, CA 91302

LOAN & PROPERTY INFORMATION
4370 Park Monte Nord
Calabasas CA 91302

Loan Number: 0902613139

Dear Beth S Field,

Enclosed is the most recent property valuation that was obtained in
connection with your loss mitigation application. Keep in mind, this may
not be the final value.

There's nothing you need to do - this report is being provided for your
information only.

If you have questions, give us a call at 1-877-230-8516, weekdays from 8 AM
to 8 PM ET.

Many thanks,

JASMIN B
Account Manager
1-877-230-8516, Ext. 2812887

1-877-230-8516 OFFICE HOURS: MON - FRI 8 AM - 8 PM ET    capitalone360.com
Capital One, N.A. * P.O. Box 21887 * Eagan, MN 55121

LM073 v.20160407 Loan Number: 0902613139

**Capital One Bank**

Review Worksheet

| | |
|---|---|
| Loan Number: | 0902613139 |
| DOC-ID: | COB-160916-000123-1 |
| Borrower Name: | FIELD, BETH |
| LTV: | 0.00% |
| Loan Amount: | $0.00 |
| Review Date: | 09/23/2016 |
| Customer Name: | Default Control HL |



# Property Information

## Subject Property

| | |
|---|---|
| Address: | 4370 PARK MONTE NORD |
| City-State-Zip: | CALABASAS CA 91302 |
| Appraised Value: | 1275000 |
| Appraisal Date: | 9/18/2016 |
| Appraiser Name: | Teresa Pezzullo |
| Appraiser Lic: | |

## Subject Property

| | |
|---|---|
| Sq Ft: | 3258 |
| Age: | 27 |
| Bedrooms: | 4 |
| Full Baths: | 4 |
| Census Tract: | |
| Form Type: | Interior BPO |

# Review Conclusion

## Review Decision

| | | | |
|---|---|---|---|
| Collateral Value: | $1,275,000.00 | "As-Repaired" Value: | $1,275,000.00 |
| Review Decision: | Approved (as-is) | | |
| Risk Rating: | Low | | |
| Review Type: | Technical | | |

## Comments to Customer

See Addendum

**Scope of Work:**

The RETECHS reviewer, at a minimum, read the Broker Price Opinion and verified factual data via available sources. The purpose of this assignment is to determine the reasonableness and defensibility of the broker developed probable selling price. BPO estimates are considered the most probable selling prices and not market value as defined within an appraisal. The purpose of this assignment is to determine the reasonableness and defensibility of the broker developed probable selling price.

**Intended User:**

It should be clearly understood that this BPO review is restricted for internal use by Capital One Bank only.

## Certification

RETECHS has made this assignment subject to the scope of work, purpose and intended use.  Any deviation from these elements or modifications would render the findings invalid. This assignment is a review of a Broker Price Opinion, the analysis and review process fall outside the Uniform Standards of Professional Appraisal Practice (USPAP). This assignment was completed only for the internal use of Capital One Bank and the reviewer is not acting in the capacity of an appraiser but as a consultant. According to BSB (BPO Standards Board), the report under review is **not** an appraisal of the market value of the property. If an appraisal is desired, the services of a licensed or certified appraiser must be obtained

**First Reviewer**

Name: | BILL | [CONT] NEAL |

Signature:

*Wm M Neal*

**Second Reviewer**

Name: | | |

Signature:

*Signature Not Required*

**Third Reviewer**

Name: | | |

Signature:

*Signature Not Required*

Comments to Customer (Cont'd):

Intended User:
It should be clearly understood that this valuation review is restricted for internal use by Capital One Bank only.

Valuation Type: Interior BPO Report, 09/18/2016 for $1,275,000
Short Sale Offer: N/A
Listing History: No recent listings indicated in the current report or in the property scan report

Review Findings:

As Is Value (TYPICAL MARKETING TIME): $1,275,000
As Repaired Value (TYPICAL MARKETING TIME): $1,275,000
As Is Value (90 DAY MARKETING TIME): $1,275,000
As Repaired Value (90 DAY MARKETING TIME): $1,275,000

Valuation Reconciliation:

According to the current report, the subject was a single family residence built in 1989, with 4 bedrooms, 4 bathrooms and 3528 square feet of gross living area reported as in average condition located on 0.19 acres.  No repair items were noted in the current report or observed in the photos. The property scan report reasonably confirmed the characteristics in the report.

The current report utilized 3 closed sales and 3 listings.  All comps appear to be located 0.19-0.98 mile(s) from the subject.  The sales ranged in price from $1,212,000 to $1,550,000, sold approximately 1-4 month(s) prior to the inspection date after 32, 75 and 6 DOM respectively.  The listings (on REO addendum) have been listed for 30, 5 and 48 DOM respectively. The comparable sales appeared to represent reasonable alternatives to the typical buyer in this market.  The property scan report contains additional sales supporting the final value estimate; however, these sales were not considered superior to those in the current report.

-23185 PARK BLANCO, built 1990, 4/4.1, 3663sf, sold 03/31/2016 for $1,400,000, 0.16 acres, 0.11 miles
-23270 PARK BASILICO, built 1989, 3/3, 2995sf, sold 08/12/2016 for $1,407,500, 0.19 acres, 0.31 miles
-23263 PARK CORNICHE, built 1989, 4/4, 3256sf, sold 10/01/2015 for $1,350,000, 0.12 acres, 0.33 miles
-23133 PRK MRCO POLO, built 1988, 4/3, 2995sf, sold 12/18/2015 for $1,310,000, 0.13 acres, 0.21 miles

The current report indicated an increasing market trend in the subject's market area. Collateral DNA market data indicated a stable trend within the subject county and an increasing trend within the subject zip code.

Based upon the data presented in the current report and supported by research, the as is value estimate of $1,275,000 appeared reasonable and adequately supported.

03/17/2016 a review of a Prior Exterior BPO Report Final Value $1,100,000. The current review is 15.91% above the prior review of an exterior BPO report.  This variance appears to be due to the prior exterior BPO review report's reliance on an incorrect assumption of the subject condition without benefit of an interior inspection.

I have performed the following valuation services as a review appraiser regarding the property that is the subject of this assignment within the three year period immediately preceding the review date of this assignment: 03/17/2016 a review of a Prior Exterior BPO Report Final Value $1,1000,000

COB-160916-000123-1
COB-160916-000123-1
File #   VP29481308

**⚡FNC.**

## Broker Price Opinion

### Subject Property

| | | | | |
|---|---|---|---|---|
| Property Address: 4370 PARK MONTE NORD | | City: CALABASAS | State: CA | Zip: 91302 |

APN: 2069-048-115                Loan #:

Order #: VP29481308        Order Type: INTERIOR            Vendor Order #: VP29481308

Borrower:  - BETH FIELD            Owner of Public Record: Park Verdi Homeowners Association        County: LOS ANGELES

Client: Capital One Services, LLC        Address: 1680 Capital One Drive        McLean        VA    23238

Property Type:  [X] SFR  [ ] Condo  [ ] Co-op  [ ] PUD  [ ] Manufactured  [ ] Other            HOA $ 265    per month

Property is new construction:  [ ] Yes  [X] No   Is the property currently impacted by a disaster?  [ ] Yes  [X] No   If yes, disaster date:

Is the subject currently listed or has it been listed in past 12 mos.?  [ ] Yes, currently  [ ] Yes, in Last 12 Months  [X] No            DOM:  NA

Has the subject property been sold in the past 12 mos.?  [ ] Yes  [X] No    Price:            Date:  NA

Original List Price:  NA            Date:  NA            Last List Price:  NA            Date:  NA

Listing Broker:  NA        Listing Broker Company:  NA            Listing Broker Phone:  NA

Occupancy:  [X] Owner  [ ] Tenant  [ ] Vacant  [ ] Unknown    Inspection Type:  [ ] Exterior  [X] Interior    Inspection Date: 09/18/2016

Subject Property Comments:

The subject is in average condition conforming to neighborhood with no adverse easements, economic obsolescence or functional obsolescence.

### Neighborhood

Location:  [ ] Urban  [X] Suburban  [ ] Rural  Property Values: [X] Increasing  [ ] Stable  [ ] Declining  Market Timing:  45    Normal Days on Market

Median Market Rent:  4500        REO Trend:  declining            Market Timing Trend:  STABLE

Predominant Occupancy:  [X] Owner  [ ] Tenant    Industrial within 0.25 mi.?  [ ] Yes [X] No        Vacancy:  [X] 0-5%  [ ] 5-10%  [ ] 10-20%  [ ] 20%

Neighborhood is new construction:  [ ] Yes [X] No    Is there evidence of a disaster?  [ ] Yes [X] No    If yes, date:

Number of Competitive Listings in the Subject Property's neighborhood on the market:  5        Price Range $  995000        to $  1649000

Number of Comparable Sales in the Subject Property's neighborhood the last 12 mos.:  12        Price Range $  1027000        to $  1635000

Neighborhood Description:

Neighborhood conforms to subject and is located nearby shopping, schools, restaurants, parks, public transportation, and freeway access.

Market Conditions:

Subject is located in a market that is predominately fair market sales. Demand is good, and interest rates remain at all-time lows. Houses priced within market value generally will sell within the normal marketing time.

### Red Flags

Damaged [ ]    Construction [ ]    Environmental [ ]    Zoning [ ]    Market Activity [ ]    Boarded [ ]    Reputational [ ]    Other (See Comments) [ ]

Comments:

N/A

### Comparable Properties

| | Subject | Sale #1 | Sale #2 | Sale #3 | Listing #1 | Listing #2 | Listing #3 |
|---|---|---|---|---|---|---|---|
| Address | 4370 PARK MONTE NORD. | 23124 Park Marco Polo | 23607 Park Belmonte | 23275 Park Basilico | 23230 Park Corniche | 4375 Park Blu | 23124 Park Marco Polo |
| City | CALABASAS | Calabasas | Calabasas | Calabasas | Calabasas | Calabasas | Calabasas |
| Zip Code | 91302 | 91302 | 91302 | 91302 | 91302 | 91302 | 91302 |
| Data Source | Tax Record | MLS | MLS | MLS | MLS | MLS | MLS |
| Proximity | | 0.4 | 0.96 | 0.44 | 0.56 | 0.19 | 0.4 |
| Original Listing Date | NA | 3/14/2016 | 6/5/2016 | 4/5/2016 | 06/21/2016 | 09/15/2016 | 07/12/2016 |
| Original Listing Price | NA | 1222000 | 1449000 | 1525000 | 1325000 | 1545000 | 1699000 |
| Last Listing Price | NA | 1222000 | 1429000 | 1525000 | 1258800 | 1545000 | 1649000 |
| Sale Date | | 06/09/2016 | 08/31/2016 | 05/10/2016 | | | |
| Sale Price | | 1212000 | 1395000 | 1550000 | | | |
| DOM | NA | 32 | 75 | 6 | 30 | 5 | 48 |
| Source of Funds | Conventional | Conventional | Conventional | Conventional | Conventional | Conventional | Conventional |
| Sales Concessions | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Distressed Sale | No | No | No | No | No | No | No |
| HOA Fees/mo. | 265/mo | 248/mo | 189/mo | 248/mo | 215/mo | 07/12/16 | 07/12/16 |
| GLA Above Grade | 3258 | 3256 | 3539 | 3436 | 3256 | 3258 | 3256 |
| Actual Age | 27 | 27 | 47 | 27 | 27 | 26 | 27 |
| Lot Size/Site | 8226 | Residential | 8705 | Residents | 11276 | 0 | 5754 | 0 | 6399 | Residents | 6553 | Residents | 8705 | Residents |
| Rooms/Beds/Full/Partial | 11 | 4 | 4 | 0 | 12 | 5 | 4 | 0 | 13 | 5 | 4 | 1 | 11 | 4 | 4 | 0 | 11 | 4 | 3 | 1 | 11 | 4 | 4 | 0 | 12 | 5 | 4 | 0 |
| Design | Traditional | Traditional | Traditional | Traditional | Traditional | Traditional | Traditional |
| View/Comparison | | Residents Similar | Residents Similar | Valley  Superior | Residents Similar | Valley  Superior | Residents Similar |
| Number of Units | 1 | 1 | 1 | 1 | 1 | 1 | 1 |
| Basement Type | None | None | None | None | None | None | None |
| Basement SF/% | | | | | | | |
| Parking Type | Garage | Garage | Garage | Garage | Garage | Garage | Garage |
| # Parking Stalls | 3 | 3 | 3 | 3 | 3 | 3 | 3 |
| Pool/Spa | Pool and Spa | Pool and Spa | Pool and Spa | Pool and Spa | Pool and Spa | Pool and Spa | Pool and Spa |
| Other | None | None | None | None | None | None | None |
| Condition | Average | Average | Average | Good | Average | Good | Good |
| Overall Comparability | | Inferior | Inferior | Superior | Inferior | Superior | Superior |
| Adjustments to Value | | -5500 | -7500 | -150000 | -150000 | -150000 | -150000 |

BROKER PRICE OPINION FORM Created by FNC, INC. 1/2012

COB-160916-000123-1
COB-160916-000123-1
File # VP29481308

## Comparable Property Comments

| | |
|---|---|
| Sale #1: | Two story Bellagio home located in a guard gated community. No recent updates. Home is in original condition with original finishes. |
| Sale #2: | This home's interior features include: an exquisite iron staircase, a double high entry, slate floors, custom window treatments, Brazilian cherry hardwood floors, to name a few. |
| Sale #3: | Home is located in the guard-gated enclave of Bellagio. Hardwood and honed marble floors, soaring ceilings and neutral designer colors throughout. |
| Listing #1: | Home is located in the gated Bellagio neighborhood. Hardwood and tile throughout the main floor. No other recent upgrades. |
| Listing #2: | * OVERFLOW - SEE "ADDITIONAL FIELD TEXT ADDENDA".* |
| Listing #3: | fully remodeled with hardwood floors throughout, brand new White Shakers kitchen with stainless steel appliances over looking the pool and green belt. |

## Repairs

| Repair item | Interior/Exterior | Estimated Cost |
|---|---|---|
| Water damaged to ceiling in living room | Interior | $ 5000 |
| Peeling paint on ceiling in bathroom | Interior | $ 250 |
| | | $ 0 |
| | | $ 0 |
| | | $ 0 |
| Total estimated cost of recommended repairs: | | $ 5250 |

## Price Opinion

| | Probable Sale Price |
|---|---|
| *Typical Marketing Value: (As Is) | $ 1275000 |
| *Typical Marketing Value: (As Repaired) | $ 1285000 |

* Typical Marketing Time is assumed to be 3-6 months unless otherwise noted.

## Comments

Subject is in average condition. There is water damage to the ceiling in the family room. It is unknown whether the source of the leak has been repaired. There is also a bathroom with moisture damage to the ceiling.

"This is a broker price opinion/comparative market analysis, not an appraisal of the market value of the real estate, and was prepared by a licensed real estate broker or managing broker, not by a State certified real estate appraiser."

## Certification

Signature:

VALUATION PARTNERS

| | | | |
|---|---|---|---|
| Prepared By: | Teresa Pezzullo | Date: | 09/20/2016 |
| Broker/Salesperson # | 01292490 | State: | CA |
| Company: | RE eBroker | Phone: | 8185150317 |
| Company Address: | 2772 Cochran Street, Simi Valley, CA 93065 | | |

This is a BPO market analysis. This is not an appraisal.

CDB-160915-000123-1

File #   VP29481308

| Borrower/Client | - BETH FIELD | | | | |
|---|---|---|---|---|---|
| Property Address | 4370 PARK MONTE NORD | | | | |
| City | CALABASAS | County | LOS ANGELES | State CA | Zip Code 91302 |
| Lender | Capital One Services, LLC | | | | |

COMMENT LISTING 2

Dining Room features soaring ceilings and a wall of windows overlook the rear yard. The remodeled kitchen with GE Monogram appliances and breakfast nook opens to the adjacent family room with warming fireplace.

File # VP29481308

| Borrower/Client | - BETH FIELD |
|---|---|
| Property Address | 4370 PARK MONTE NORD |
| City | CALABASAS | County | LOS ANGELES | State | CA | Zip Code | 91302 |
| Lender | Capital One Services, LLC |



**FRONT OF SUBJECT PROPERTY**

Subject Front View



**REAR OF SUBJECT PROPERTY**

Subject Rear View



**STREET SCENE**

Subject Street View

PE1508160001

ADDITIONAL PHOTOGRAPH ADDENDUM                    File # VP29481308

| | | | |
|---|---|---|---|
| Borrower/Client | - BETH FIELD | | |
| Property Address | 4370 PARK MONTE NORD | | |
| City CALABASAS | County LOS ANGELES | State CA | Zip Code 91302 |
| Lender Capital One Services, LLC | | | |



Subject Address



Subject Alternate Street View



Subject View Across the Street

INTERIOR PHOTOGRAPH ADDENDUM   File # VP29481308

| Borrower/Client | - BETH FIELD | | | |
|---|---|---|---|---|
| Property Address | 4370 PARK MONTE NORD | | | |
| City | CALABASAS | County LOS ANGELES | State CA | Zip Code 91302 |
| Lender | Capital One Services, LLC | | | |



Subject Interior Photo 1



Subject Interior Photo 2



Subject Interior Photo 3

RESIDENTIAL PHOTOGRAPH ADDENDUM

File # VP29481308

| Borrower/Client | - BETH FIELD | | | | |
|---|---|---|---|---|---|
| Property Address | 4370 PARK MONTE NORD | | | | |
| City | CALABASAS | County | LOS ANGELES | State CA | Zip Code 91302 |
| Lender | Capital One Services, LLC | | | | |



Subject Interior Photo 4



Subject Interior Photo 5



Subject Interior Photo 6

SOB-160916-000123-1
File # VP29481308

| Borrower/Client | - BETH FIELD | | | | |
|---|---|---|---|---|---|
| Property Address | 4370 PARK MONTE NORD | | | | |
| City | CALABASAS | County | LOS ANGELES | State | CA | Zip Code | 91302 |
| Lender | Capital One Services, LLC | | | | |



**Comparable Sale 1**

23124 Park Marco Polo

Calabasas                   91302

Date of Sale:  06/09/2016

Sale Price:    1212000

Sq. Ft.:       3256

$ / Sq. Ft.:



**Comparable Sale 2**

23607 Park Belmonte

Calabasas                   91302

Date of Sale:  08/31/2016

Sale Price:    1395000

Sq. Ft.:       3539

$ / Sq. Ft.:



**Comparable Sale 3**

23275 Park Basilico

Calabasas                   91302

Date of Sale:  05/10/2016

Sale Price:    1550000

Sq. Ft.:       3436

$ / Sq. Ft.:

SOB-150915-000123-1

| | | |
|---|---|---|
| Borrower/Client | - BETH FIELD | File # VP29481308 |
| Property Address | 4370 PARK MONTE NORD | |
| City CALABASAS | County LOS ANGELES State CA Zip Code 91302 | |
| Lender Capital One Services, LLC | | |



**Listing 1**



**Listing 2**



**Listing 3**

CDB-150915-000123-1

Location Map

File # VP29481308

| Borrower/Client | - BETH FIELD | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4370 PARK MONTE NORD | | | | | |
| City | CALABASAS | County | LOS ANGELES | State | CA | Zip Code 91302 |
| Lender | Capital One Services, LLC | | | | | |



File # VP29481308

| Borrower/Client | - BETH FIELD | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 4370 PARK MONTE NORD | | | | | |
| City | CALABASAS | County | LOS ANGELES | State | CA | Zip Code 91302 |
| Lender | Capital One Services, LLC | | | | | |

## DECLARATION of Broker

I, _Teresa Pezzullo_, declare and state as follows:

1. As to the following facts, I know them to be true of my own personal knowledge.

2. I am a qualified Real Estate Broker/Agent for RE eBroker _____. My Broker's License Number for the State of _CA_ is __01282480__. I am employed by RE eBroker _____ (name of employer) located at _301 Mission Avenue Suite 211_ (address), _Oceanside_ (city), _CA_ (State). I have been inspecting properties and preparing Broker Price Opinions for approximately _7_ years.

3. This subject property securing Secured Creditor's first deed of trust loan is generally described as _4370 PARK MONTE NORD_ (address), _CALABASAS_ (city), _CA_ (State), _91302_ (Zip Code).

4. On __9/20/2016__ (date), I performed a market analysis on the subject single-family residence. I concluded the value of the property to be $ _1,275,000.00_. Attached hereto is a copy of my Broker's Price Opinion.

I declare under penalty of perjury in the laws of the United States of America that the foregoing is true and correct.

Executed on __9/20/2016__ (date), at _Studio City_ (City), _CA_ (State).

_Teresa Pezzullo_
Signature of Declarant

**CapitalOne**®

**Office Hours**
*Mon - Fri, 8 AM to 5 PM CST*

Capital One, N.A.
P.O. Box 21887
Eagan, MN 55121

Beth S Field
4370 Park Monte Nord
Calabasas, CA 91302



Comptroller of the Currency
Administrator of National Banks

Washington, DC 20219

## CERTIFICATION OF NATIONAL BANK MERGER

I, Thomas J. Curry, Comptroller of the Currency, do hereby certify that the document hereto attached is a true and complete copy of the certificate recorded in the Office of the Comptroller of the Currency, evidencing the merger of "ING Bank, FSB," Wilmington, Delaware (Docket No. 16782), into "Capital One, National Association," McLean, Virginia (Charter No. 13688).

IN TESTIMONY WHEREOF, today,

December 17, 2012, I have hereunto

subscribed my name and caused my seal of

office to be affixed to these presents at the

U.S. Department of the Treasury, in the City

of Washington, District of Columbia.



Comptroller of the Currency



Exhibit C



Comptroller of the Currency
Administrator of National Banks

Northeastern District Office
340 Madison Avenue, Fifth Floor
New York, New York 10173-0002

Licensing Division
Telephone No.: (212) 790-4055
Fax No.: (301) 333-7015

November 1, 2012

Lisa C. Goodglick, Esq.
Senior Director & Associate General Counsel
Capital One Financial Corporation
1680 Capital One Drive
McLean, Virginia 22102

RE:  Application for the merger of ING Bank, fsb, Wilmington, Delaware into Capital One,
     National Association, McLean, Virginia
     CAIS Control No.: 2012 NE 02 0017                    Charter No.: 13688

Dear Ms. Goodglick:

This letter is the official certification of the Comptroller of the Currency (OCC) for the merger of
ING Bank, fsb, Wilmington, Delaware into Capital One, National Association, McLean,
Virginia, effective November 1, 2012.  The resulting bank title is Capital One, National
Association, charter number 13688.

If the combination does not occur as represented in your letter of October 22, 2012, this
certification must be returned to the OCC.

Very truly yours,

Steven Maggio
Director for District Licensing

cc: David Reilly, OCC/DC
    Richard Cleva, OCC/DC
    TJ Kuwitzky, OCC – Examiner In Charge
    Ancris Ramdhanie, OCC/NE
    Erin C. Grace, Department of Justice, Litigation II Section

Exhibit C

Beth Field
4370 Park Monte Nord, Calabasas, California 91302

CONDITION REPORT PROPERTY..........dated July, 2017

Capital One....account number....................902613139

ING Loan.........account number....................3271569.......$1,120,000

1...General updating of kitchen over 27 years old from construction date of 1995, old appliances to be replaced with new kitchen
cabinets,.............................................................................................................$75,000

2...HVAC needs to be updated and replaced.........................................................$28,000

3...Minor Roof leaks, repair...............................................................................$2,000

4...Paint.........................................................................................................$5,000

5...Pool, needs new plaster (chipping off sides) and pool equipment....................$12,000

Total Repairs Not Shown on
Appraisal.....................................................................................$122,000

ING Original Loan transferred to Capital One From
Merger.................................................................$1,120,000

Attached copy Loan Documents

Net Value after repairs..........................................................................................$998,000